FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00077-GAF |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| JUAN MENDOZA, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

   On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release,

   The court finds no condition or combination of conditions that will reasonably assure:

   A.   (✓) the appearance of defendant as required; and/or

   B.   (✓) the safety of any person or the community.

       The Court concludes:

   A.   (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
   _he can abide by conditions of release_

1  B.  (✓) Defendant is a flight risk because defendant has
2      not shown by clear and convincing evidence that:
3      he can abide by conditions of release

8  IT IS ORDERED defendant be detained.

10 DATED: September 11, 2008

                                    _____
                                    CAROLYN TURCHIN
                                    U.S. MAGISTRATE/DISTRICT JUDGE